# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3563

_____

In re: Stephen Wayne Carlson, I; Victoria Leah Carlson, Vikki Carlson

*Debtor*s

------------------------------

Stephen Wayne Carlson, I

*Appellant*

v.

U.S. Bank, N.A.

*Appellee*

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: April 22, 2015
Filed: April 27, 2015 (Corrected: April 27, 2015)
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Stephen Wayne Carlson, I, appeals the bankruptcy appellate panel's[1] order, in which it affirmed the bankruptcy court's[2] orders denying his motions for relief and dismissing his chapter 13 case. After careful review of the record provided, see In re Peoples, 764 F.3d 817, 820 (8th Cir. 2014) (standard of review), we reject Carlson's legal arguments and affirm the decision of the bankruptcy court, see 8th Cir. R. 47B.

_____

[1]The Honorable Authur Federman, Thomas L. Saladino, and Anita L. Shodeen, United States Bankruptcy Judges for the Bankruptcy Appellate Panel for the Eighth Circuit.

[2]The Honorable Katherine A. Constantine, United States Bankruptcy Judge for the District of Minnesota.